1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE, #282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Octavio Maciel

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,        )   Case No.  1:13-cr-00181 LJO-SKO-1
                                       )
12                      Plaintiff,     )   WAIVER OF DEFENDANT'S
                                       )   PRESENCE AT PRETRIAL PROCEEDINGS;
13    vs.                              )   ORDER
                                       )
14    OCTAVIO MACIEL,                  )
                                       )
15                      Defendant.     )
                                       )
16    _____      )

17          Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Octavio Maciel, having been

18   advised of his right to be present at all stages of the proceedings, hereby requests that this Court

19   proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.

20   Defendant agrees that his interests shall be represented at all times by the presence of her

21   attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22   Defendant were personally present, and requests that this court allow his attorney-in-fact to

23   represent his interests at all times.  Defendant further agrees that notice to defendant's attorney

24   that defendant's presence is required will be deemed notice to the defendant of the requirement of

25   his appearance at said time and place.

26          Mr. Maciel is in custody at Fresno County Jail.  He recently had a medical procedure

27   which makes him incapable of sitting for long periods.  Mr. Maciel would prefer not to have to

28   come to court on Monday, November 4, 2013.

1   This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

2

3          DATED:  November 1, 2013                    *Jerome Price*
                                                        JEROME PRICE
4                                                       Assistant Federal Defender
                                                        Attorney for Defendant
5                                                       Octavio Maciel

6

7

8

9                                **O R D E R**

10          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance

11   may be waived at any and all non-substantive pretrial proceedings until further order.

12

13

14   IT IS SO ORDERED.

15       Dated:   **November 1, 2013**              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28