HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
OCTAVIO MACIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OCTAVIO MACIEL, <br><br> Defendant. | Case No.  1:13-cr-00181 LJO-SKO-1 <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND SCHEDULE AND ORDER <br><br> DATE:  September 22, 2014 <br> TIME:  8:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing date and schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Report Available | July 14, 2014 | --- |
| Informal Objections Due | July 28, 2014 | September 1, 2014 |
| Formal Objections Due | August 11, 2014 | September 15, 2014 |
| Sentencing Hearing | August 18, 2014 - 8:30 a.m. | September 22, 2014 - 8:30 a.m. |

This continuance is requested by counsel for defendant to allow counsel additional time to review the PSR with client and draft informal objections.  Defendant's counsel is unavailable for the next two weeks when the informals are due and we just received the PSR.  The government does not object to this request.

/ / /

/ / /

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 15, 2014 | By: | /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 15, 2014 | By: | /s/ *Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorney for Defendant<br>OCTAVIO MACIEL |

**O R D E R**

IT IS SO ORDERED.

Dated:   **July 16, 2014**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

Maciel Stipulation to Continue Sentencing Hearing     -2-
And Schedule and Order