1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   JEROME PRICE, SBN # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    OCTAVIO MACIEL

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:13-cr-00181-LJO-SKO
                                     )
12            Plaintiff,             )  STIPULATION TO CONTINUE SENTENCING
                                     )  HEARING; ORDER THEREON
13  vs.                              )
                                     )
14  OCTAVIO MACIEL,                  )  Date:   September 29, 2014
                                     )  Time:  8:30 a.m.
15            Defendant.             )  Judge: Hon. Lawrence J. O'Neill
                                     )
16  _____)

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the sentencing hearing in the above-captioned matter now set for

19  September 22, 2014, may be continued to **September 29, 2014 at 8:30 a.m**.

20          The parties have found documents relevant to sentencing that Probation did not receive.

21  The parties agree that Probation should review the documents as it may affect its sentencing

22  recommendation.  Defense counsel discussed the nature of the documents with United States

23  Probation Officer Adam Tunison, who also agreed he should review the documents.   Since

24  Officer Tunison has been out of town this week at a work-related conference, the parties are

25  requesting a continuance to give Probation the ability to review the documents and revise the

26  Presentence Investigation Report as necessary.  Probation estimates that this could be done

27  within a few days, so the parties request a continuance of one week.  As this is a sentencing

28

    Maciel: Stipulation to Continue Sentencing          -1-

1    hearing, no exclusion of time is necessary.

2

3                                         Respectfully submitted,

4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5

6    DATED:  September 19, 2014           */s/ Kimberly A. Sanchez*
                                          KIMBERLY A. SANCHEZ
7                                         Assistant United States Attorney
                                          Attorneys for Plaintiff
8

9

10                                        Respectfully submitted,

11                                        HEATHER E. WILLIAMS
                                          Federal Defender
12

13   DATED:  September 19, 2014           */s/  Jerome Price*
                                          JEROME PRICE
14                                        Assistant Federal Defender
                                          Attorneys for Defendant
15                                        OCTAVIO MACIEL

16

17

18                              **O R D E R**

19

20   IT IS SO ORDERED.

21

22       Dated:   **September 19, 2014**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28